July 19, 1965

Colony Bulldozers, Inc. *v.* Wark & Company
et al., Appellants.

Argued June 17,
1965.   *Victor J. Roberts,* with him *High, Swartz, Roberts & Seidel,* for appellants; *William P. Manning, Jr.,* with him *Fred C. Aldridge, Jr.,* and *Wright, Spencer,*

*Manning & Sagendorph,* and *Stradley, Ronon, Stevens & Young,* for appellee.

Order affirmed.

FLOOD, J., absent.